# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMIL ORESSEY and MARY LOU ORESSEY,<br><br>    Plaintiffs,<br><br>    v.<br><br>KINDERCARE EDUCATION LLC a/k/a d/b/a KINDERCARE LEARNING CENTERS, LLC and ALLIED HEALTH CARE SERVICES,<br><br>    Defendants. | CIVIL ACTION NO. 3:18-CV-00400<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 18th day of May, 2018, **IT IS HEREBY ORDERED** that the Motion to Remand (*Doc.* 5) filed by Plaintiffs Emil and Mary Lou Oressey is **DENIED**.


    /s/ A. Richard Caputo

A. Richard Caputo
United States District Judge